CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
for Roanoke
AUG 29 2007
JOHN F. CORCORAN, CLERK
BY: /s/ Pay Coleman
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHRISTOPHE GRIFFIN, ) | |
|     Petitioner, ) | Civil Action No. 7:06cv00396 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | By: Hon. Norman K. Moon |
|     Respondent. ) | United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is now

**ORDERED**

that

(1) Petitioner's objections to the Report and Recommendation shall be and hereby are **OVERRULED**;

(2) the Magistrate Judge's Report and Recommendation is **ADOPTED** in its entirety;

(3) Respondent's Motion to Dismiss as to the remaining claims is **GRANTED**;

(4) Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 is **DENIED**; and

(5) This matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this Order and the accompanying Memorandum Opinion to Petitioner.

**ENTER**: This 29th day of August, 2007.

                                            /s/ Norman K. Moon
                                          United States District Judge